HLD-004                                        NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-1096
_____

IN RE: IFEDOO NOBLE ENIGWE,
                          Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.N.J. Civ. No. 2:19-cv-12631)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
February 25, 2021

Before: SMITH, <u>Chief</u> <u>Judge</u>, CHAGARES and SHWARTZ, <u>Circuit</u> <u>Judges</u>

(Opinion filed: March 12, 2021)
_____

OPINION[*]
_____

PER CURIAM

    Ifedoo Enigwe filed in the District Court a motion for relief from judgment under

Fed. R. Civ. P. 60(b). Before this Court is a petition for a writ of mandamus in which

Enigwe requests that we compel the District Court to act on his Rule 60(b) motion.

Because the District Court has since ruled on the Rule 60(b) motion, Enigwe's mandamus

---

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

petition will be dismissed as moot. <u>See</u> <u>Blanciak v. Allegheny Ludlum Corp.</u>, 77 F.3d 690, 699-700 (3d Cir. 1996).